**Law Offices of Stephen Abraham**
Stephen E. Abraham, Esq. (State Bar No. 172054)
stephen@abraham-lawoffices.com
1592 Pegasus Street
Newport Beach, California 92660
Telephone: (949) 878-8608
Facsimile: (714) 852-3366

Attorney for Defendant TBLB Enterprises LLC and Super 7 Food Mart, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Shawn Bedwell**, an individual<br><br>*Plaintiff*,<br><br>v.<br><br>**TBLB ENTERPRISES LLC**, a California limited liability company, **SUPER 7 FOOD MART, INC.**, a California corporation; and DOES 1-10,<br><br>*Defendant*. | Case No. 5:21-cv-01340-JGB-SP<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FRCP 12(b)(1)**<br><br>Honorable Jesus G. Bernal<br><br>United States District Court<br>3470 Twelfth Street<br>Courtroom 1 (2nd Floor)<br>Riverside, CA 92501<br><br>Date: Monday, October 25, 2021<br>Time: 9:00 a.m. |

To Plaintiff and his attorneys of record:

Please take notice that on Monday, October 25, 2021 at 9:00 a.m. or as soon thereafter as the matter may be heard in the courtroom of the Honorable Jesus G. Bernal, located at Courtroom 1, United States District Court, 3470 Twelfth Street, Riverside, CA 92501, Defendants TBLB Enterprises LLC and Super 7 Food Mart, Inc. (hereinafter collectively "**Defendant**") will and hereby does move this Court for an order dismissing Plaintiff's federal claim pursuant to Federal Rule of Civil Procedure ("**FRCP**") 12(b)(1) on the grounds that the Court lacks subject matter

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, CA 92660
(949) 878-8608

01 - Defendant's Notice of 12b Motion    1
DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS

jurisdiction and further request that this Court decline to exercise supplemental jurisdiction over Plaintiff's state law claims.

This motion is made on the grounds that Plaintiff has failed to adequately plead the existence of Article III standing and has failed to satisfy the requirement to adequately plead an injury-in-fact. This motion is made on the further grounds that the only conditions of the property upon which Plaintiff based his claims, federal or state, no longer exist if they ever did. As such, the basis for maintenance of this action does not exist.

Defendant's motion is brought pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, and is supported by this Notice of and Motion, the Memorandum of Points and Authorities, the declarations and evidence concurrently filed, and such other evidence as may be admitted at the time of the hearing of the motion.

Defendant's motion is brought after unsuccessful efforts to avoid the necessity of the motion after meeting and conferring with Plaintiff's counsel on September 20, 2021.

Dated: September 24, 2021       LAW OFFICES OF STEPHEN ABRAHAM

By:      /s/ Stephen E. Abraham
         Stephen E. Abraham
         Attorney for Defendants TBLB Enterprises
         LLC and Super 7 Food Mart, Inc.

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, CA
92660
(949) 878-8608

01 - Defendant's Notice of 12b Motion      2

DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS