# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: California Central District

U.S. District Court case number: 5:21-cv-01340-JGB-SP

Date case was first filed in U.S. District Court: 8/10/2021

Date of judgment or order you are appealing: 10/29/2021

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

◉ Yes    ○ No    ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Plaintiff Shawn Bedwell

Is this a cross-appeal?  ○ Yes   ◉ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ◉ No

If Yes, what is the prior appeal case number?

Your mailing address:

The Law Office of Hakimi and Shahriari

1800 Vine Street

City: Los Angeles    State: CA    Zip Code: 90028

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Anoush Hakimi    **Date** 11/12/2021

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*